IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM D. SPILLANE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AXA FINANCIAL, INC., *et al.* | : | No. 08-2151 |
| Defendants. | : | |

### ORDER

**AND NOW**, this **22ⁿᵈ** day of **July**, **2009**, upon consideration of Plaintiff's Third Motion to Remand, Defendants' response thereto, and for the reasons outlined in this Court July 22, 2009 Memorandum, it is hereby **ORDERED** that the motion (Document No. 28) is **DENIED**.

BY THE COURT:

*[signature]*

**Berle M. Schiller, J.**